JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINA CONCEPCION GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. EDCV 22-0688-JPR<br><br>**J U D G M E N T** |

　　For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED THAT (1) Plaintiff's request for an order remanding the case for an immediate award of benefits or further administrative proceedings is DENIED; (2) the Acting Commissioner's request to affirm her final decision is GRANTED; and (3) judgment is entered in the Acting Commissioner's favor.

DATED: April 20, 2023

_____
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE